# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marquis Darnell Vaughn,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Respondents. | No. CV-21-00627-PHX-ROS<br><br>**ORDER** |

Magistrate Judge Deborah M. Fine issued a Report and Recommendation recommending the Petition for Writ of Habeas Corpus be dismissed. (Doc. 21). Petitioner did not file any objections. Therefore, the recommendation will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

…

…

…

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability is denied because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 4th day of March, 2022.

_____
Honorable Roslyn O. Silver
Senior United States District Judge